Lloyd C. STALEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 27476.

Court of Criminal Appeals of Texas.

March 16, 1955.

M. S. SKINNER, Appellant,

v.

The STATE of Texas, Appellee.

No. 27427.

Court of Criminal Appeals of Texas.

Feb. 16, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is indecent exposure; the punishment, 2 years.

The record contains no bills of exception.

Motion for new trial was overruled and notice of appeal was given on July 19, 1954.

The statement of facts was filed in the trial court on March 8, 1955, which is long after the expiration of the 90 days provided by Article 759a, Vernon's Ann. C.C.P., and cannot be considered.

All proceedings appearing regular, the judgment of the trial court is affirmed.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.